[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-13744

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 23, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00341-CV-T-23-MAP

WATKINS MOTOR LINES, INC.,

Plaintiff-Appellant,

versus

CARI M. DOMINGUEZ, Chair,
Equal Employment Opportunity
Commission,
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 23, 2006)

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

We affirm based on the well-reasoned opinion of the district court.

**AFFIRMED.**